# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: SAMANTHA BIRDSALL v. GREAT DANE LLC

Case Number: 1:23-cv-02715

An appearance is hereby filed by the undersigned as attorney for:
GREAT DANE LLC

Attorney name (type or print): Zachary A. Pestine

Firm: Gould & Ratner LLP

Street address: 222 North LaSalle Street, Suite 300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6324485
(See item 3 in instructions)

Telephone Number: 312-236-3003

Email Address: zpestine@gouldratner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 15, 2023

Attorney signature: S/ Zachary A. Pestine
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015