# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | ) | |
|---|---|---|
| SAMANTHA BIRDSALL, Individually and on Behalf of All Others Similarly Situated | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-2715 |
| GREAT DANE LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREAT DANE LLC
c/o Brian B. Gilbert
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
501-221-0088; josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 1, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **1:23-CV-02715**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Great Dane LLC**
was recieved by me on **5/03/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Brian B Gilbert**, who is designated by law to accept service of process on behalf of **Great Dane LLC** at **222 North La Salle Street suite 300, Chicago, IL 60601** on **05/03/2023** at **4:00 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 64.00** for services, for a total of **$ 64.00**.

I declare under penalty of perjury that this information is true.

Date: 5-3-23

_____
Server's signature

**Christopher Rodriquez**
Printed name and title

227 W. Monroe Street
Suite 2117
Chicago, IL 60606

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Linda Cunningham who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.




Tracking #: 0105850503