IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**SAMANTHA BIRDSALL, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 1:23-cv-2715-CPK

**GREAT DANE LLC**            **DEFENDANT**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Plaintiff Samantha Birdsall ("Plaintiff"), by and through Plaintiff's attorney, Sanford Law Firm, PLLC, for Plaintiff's Notice of Acceptance of Offer of Judgment, does state and allege as follows:

1. On May 15, 2023, counsel for Defendant Great Dane LLC emailed Plaintiff's counsel with an offer of judgment in the sum of $7,500, plus an additional amount in costs and reasonable attorneys' fees to be determined later. Defendant's Offer of Judgment to Plaintiff is attached as Exhibit 1.

2. The deadline to accept the Offer of Judgment is May 29, 2023.

3. Plaintiff accepts Defendant's Offer of Judgment for the sum total of $7,500, plus a reasonable fee.

4. Since Defendant's counsel emailed Plaintiff's counsel the offer of judgment, the Parties have also agreed to a separate sum of $5,000 for attorneys' fees and costs.

Page 1 of 3
Samantha Birdsall, et al. v. Great Dane LLC
U.S.D.C. (N.D. Ill.) No. 1:23-cv-2715-CPK
Plaintiff's Notice of Acceptance of Offer of Judgment

Respectfully submitted,

**SAMANTHA BIRDSALL, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 3
Samantha Birdsall, et al. v. Great Dane LLC
U.S.D.C. (N.D. Ill.) No. 1:23-cv-2715-CPK
Plaintiff's Notice of Acceptance of Offer of Judgment**

## **CERTIFICATE OF SERVICE**

  I, the undersigned counsel, do hereby certify that on the dated imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

David N. Michael, Esq.
Mark D. Brookstein, Esq.
Zachary A. Pestine, Esq.
GOULD & RATNER LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Telephone: (312) 236-3003
dmichael@gouldratner.com
mbrookstein@gouldratner.com
zpestine@gouldratner.com

                */s/ Josh Sanford*
                **Josh Sanford**

Page 3 of 3
Samantha Birdsall, et al. v. Great Dane LLC
U.S.D.C. (N.D. Ill.) No. 1:23-cv-2715-CPK
Plaintiff's Notice of Acceptance of Offer of Judgment