## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SAMANTHA BIRDSALL, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO:  1:23-CV-2715 |
| vs. | ) ) | Honorable Charles P. Kocoras |
| GREAT DANE LLC, | ) ) | |
| Defendant. | ) ) | |

### RULE 68 OFFER OF JUDGMENT

To:     Josh Sanford
        Sanford Law Firm, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Parkway, Suite 510
        Little Rock, Arkansas 72211

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, Great Dane LLC ("Great Dane"), hereby offers to allow Judgment to be entered against it in this action in the amount of $7,500.00, less applicable tax withholdings, plus costs and reasonable attorneys' fees.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendant, Great Dane, is liable in this action, or that Plaintiff, Samantha Birdsall, has suffered damage. This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs. To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

GREAT DANE LLC

By: _____
One of its attorneys

GOULD & RATNER LLP
David N. Michael
Mark D. Brookstein
Zachary A. Pestine
222 N. LaSalle Street
Suite 800
Chicago, IL  60601
312.236.3003
312.236.3241 fax

<u>**CERTIFICATE OF SERVICE**</u>

I, Matthew Spinner, a non-attorney, state that I caused a copy of the foregoing **RULE 68 OFFER OF JUDGMENT**, to be served upon the persons listed below, via EMAIL, on this 15th day of May 2023:

> Josh Sanford
> Sanford Law Firm, PLLC
> Kirkpatrick Plaza
> 10800 Financial Centre Parkway, Suite 510
> Little Rock, Arkansas 72211
> josh@sanfordlawfirm.com

 

 

_____
                Matthew Spinner