# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Samantha Birdsall

                    Plaintiff,

v.                                     Case No.: 1:23−cv−02715
                                          Honorable Charles P. Kocoras

Great Dane LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 7, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: In light of the Notice of Acceptance of Offer [7] filed on 5/25/23, and pursuant to Fed. R. Civ. P. 68, judgment is entered against Defendant Great Dane LLC. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.